# United States Court of Appeals
## For the First Circuit

No. 02-2201

UNITED STATES,

Appellee,

v.

JOHN J. CONNOLLY, JR.,

Defendant, Appellant.

ERRATA

The opinion of this court issued August 14, 2003, should be amended as follows:

On page 14, line 16, replace "wiretaps" with "concealed recorder".